**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                             :

PATRICK AUSTIN,                   :

                       :

                  Plaintiff,     :            <u>ORDER</u>

      -against-              :

                       :        25 Civ. 4543 (GBD)

SOFIAS143 INC. D/B/A SOFIA'S OF LITTLE  :
ITALY AND MULBERRY PROPERTIES LLC,  :

                       :

                 Defendant.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

      This Court having been advised that the parties have reached a settlement in principle

(*see* ECF No. 10), the Clerk of the Court is hereby ORDERED to close the above-captioned action,

without prejudice to restoring the action to this Court's calendar if an application to restore is made

within thirty (30) days of this Order.

      All deadlines and conferences previously scheduled are adjourned *sine die*.

Dated: New York, New York
       JUL 1 6 2025

                                    SO ORDERED.

                                    GEORGE B. DANIELS
                                    United States District Judge